UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DONNA SEAMAN,

                Plaintiff,

       – against –

MEMORIAL SLOAN-KETTERING CANCER CENTER, MEMORIAL SLOAN-KETTERING BASIC AND VOLUNTARY RETIREMENT PLAN and FIRST UNUM LIFE INSURANCE COMPANY,

                Defendants.

------------------------------------------------------------------x

Docket No. 08 Civ. 3618 (JGK)

**APPEARANCE**

The undersigned hereby appears for the defendant, First Unum Life Insurance Company.

Dated:    Bronxville, New York
           May 12, 2008

BEGOS HORGAN & BROWN LLP

By: _____
Christopher G. Brown (CB7755)
Attorneys for First Unum
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441
cgb@begoshorgan.com