Koeltl, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DONNA SEAMAN,

                Plaintiff,

– against –

MEMORIAL SLOAN-KETTERING CANCER CENTER, MEMORIAL SLOAN-KETTERING BASIC AND VOLUNTARY RETIREMENT PLAN and FIRST UNUM LIFE INSURANCE COMPANY,

                Defendants.

---------------------------------------------------------------x

Docket No. 08 Civ. 3618 (JGK)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008

IT IS HEREBY STIPULATED AND AGREED, between counsel for plaintiff and First Unum Life Insurance Company ("First Unum"), that First Unum's time to respond to the complaint shall be adjourned to June 11, 2008.

Dated:    Bronxville, New York
           May 12, 2008

BEGOS HORGAN & BROWN LLP

By: _____
Christopher G. Brown (CB7755)
Attorneys for First Unum
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441
cgb@begoshorgan.com

McCORMICK, DUNNE & FOLEY

By: _____
Christopher P. Foley (CF6079)
Attorneys for Plaintiff
61 Broadway, Suite 1030
New York, NY 10006
(212) 363-1300

SO ORDERED: _____
Hon. John G. Koeltl
5/14/08