UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                  :

DONNA SEAMAN,                             :

                               :     Docket No. 08 Civ. 3618 (JGK)

                     Plaintiff,      :

                               :     **RULE 7.1 STATEMENT**

         – against –             :

                               :

MEMORIAL SLOAN-KETTERING CANCER   :
CENTER, MEMORIAL SLOAN-KETTERING BASIC   :
AND VOLUNTARY RETIREMENT PLAN and FIRST   :
UNUM LIFE INSURANCE COMPANY,       :

                               :

                   Defendants.    :

                               :
------------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, First Unum Life

Insurance Company, by its attorneys, certifies that it is a wholly owned subsidiary of Unum Group.

Securities in Unum Group are publicly held.

 Dated:     Bronxville, New York
              June 12, 2008

                                   BEGOS HORGAN & BROWN LLP

                                   By: <u>S/Christopher G. Brown</u>
                                      Christopher G. Brown (CB7755)
                                 Attorneys for First Unum
                                 7 Pondfield Road
                                 Bronxville, NY 10708
                                 (914) 961-4441
                                 pwb@begoshorgan.com