# Begos Horgan & Brown LLP
## Attorneys At Law

Patrick W Begos
Christopher G Brown
Michael F Horgan Jr

www.begoshorgan.com

*Application granted.
Conference adjourned to
June 25, 2008 at
4:30 p.m.*

*So ordered.*
*[signed] Koeltl*
*6/12/08*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

377 Riverside Avenue
Westport Connecticut 06880
Tel 203.226.9990
Fax 203.222.4833

7 Pondfield Road
P O Box 369
Bronxville New York 10708.0369
Tel 914.961.4441
Fax 914.961.4442

June 12, 2008

VIA FACSIMILE

**EMERGENCY REQUEST FOR ADJOURNMENT** *45 p.5.*

JUN 12 2008

Hon. John G. Koeltl
United States District Court
500 Pearl Street, Room 1030
New York, NY 10007

      Re:    Seaman v. Memorial Sloan-Kettering Cancer Center, et al.
             Docket No. 08-CV-3618 (JGK)

Dear Judge Koeltl:

      We represent defendant, First Unum Life Insurance Company, in this action. I write to request an emergency adjournment of the initial conference scheduled for 4:30 p.m. today. My partner, Patrick W. Begos, was to appear at the conference and his father passed away last night. I cannot appear due to a pre-existing personal conflict.

      There have been no previous requests to adjourn this conference. Christopher P. Foley, counsel for plaintiff, consents to an adjournment. PACER does not reflect any other counsel or pro se parties of record.

      As regards rescheduling the conference, Mr. Foley is generally available in the short term with the exception of the week beginning June 30. Either I or Mr. Begos will be available in the short term with the exceptions of the week beginning June 16, June 23, June 24 (a.m.), June 26-27 and July 15.

                                                      Respectfully submitted,

                                                        Christopher G. Brown

cc via facsimile: Christopher P. Foley, Esq.