UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAMAN,

                  Plaintiffs,

      - against -

MEMORIAL SLOAN KETTERING CANCER CENTER,

                  Defendants.

08 Civ. 3618 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a proposed scheduling order by July 11, 2008.

SO ORDERED.

Dated: New York, New York
       June 25, 2008

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

1