## MCCORMICK DUNNE & FOLEY

ATTORNEYS AND COUNSELORS AT LAW

61 BROADWAY – SUITE 1030

NEW YORK, NEW YORK 10006-2730

212-363-1300

212-363-8762 (FAX)

CHRISTOPHER P. FOLEY
cfoley@mdflawfirm.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

July 11, 2008

**VIA FACSIMILE**
The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:  Seaman v. Memorial Sloan-Kettering Cancer Center, et al.
     Case No.: 08 Civ. 3618 (JGK)

Dear Judge Koeltl:

Further to our initial conference of June 25, the parties jointly propose the following schedule:

August 1, 2008 - last day for defendants to produce administrative record(s)

December 1, 2008 - last day for discovery

January 12, 2009 - last day for dispositive motions

February 9, 2009 - last day for opposition

February 23, 2009 - last day for replies

Respectfully submitted,

MCCORMICK DUNNE & FOLEY

By: _____
Christopher P. Foley

cc:  **VIA EMAIL**
     Christopher G. Brown, Esq.
     Terri L. Chase, Esq.

APPLICATION GRANTED
SO ORDERED
7/11/08
John G. Koeltl, U.S.D.J.