UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
DONNA SEAMAN,                                   :
                                                :
            Plaintiff,                          :
                                                :   INDEX NO.: 08 CV 3618
    -against-                                   :
                                                :   **RULE 7.1 STATEMENT**
MEMORIAL SLOAN-KETTERING CANCER                 :
CENTER, MEMORIAL SLOAN-KETTERING                :
CANCER CENTER BASIC AND VOLUNTARY               :
RETIREMENT PLAN, and FIRST UNUM LIFE            :
INSURANCE COMPANY,                              :
                                                :
            Defendants.                         :
------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Memorial Sloan-Kettering Cancer Center ("MSKCC") and Memorial Sloan-Kettering Cancer Center Basic and Voluntary Retirement Plan (the "Plan") hereby certifies that MSKCC does not have any corporate parents, subsidiaries or affiliates that are publicly traded and that the Plan is not an entity for which disclosure is required pursuant to the rule.

Dated:  July 16, 2008
        New York, New York            McDERMOTT WILL & EMERY LLP

                                      By: _____
                                          Terri L. Chase (TC 9091)
                                      340 Madison Avenue
                                      New York, New York 10173
                                      (212) 547-5400

                                      *Attorney for Defendants Memorial Sloan-Kettering*
                                      *Cancer Center and Memorial Sloan-Kettering*
                                      *Cancer Center Basic and Voluntary Retirement*
                                      *Plan*

NYK 1170085-1.034164.0123