UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA SEAMAN,

                         Plaintiff(s),

              08 civ 3618 (JGK)

     -against-

              **ORDER**

MEMORIAL SLOAN KETTERING CANCER CENTER,
                    Defendant(s),
------------------------------------------------------------X

      A motion for summary judgment has been filed with this Court.

      The plaintiff shall serve and file papers in response to the motion by **June 18, 2009**

      The defendant shall serve and file any reply papers by **July 2, 2009.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                       JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 28, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09